FORM 3

# UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| TRINA SOLAR CO., LTD., TRINA SOLAR (CHANGZHOU) SCIENCE & TECHNOLOGY CO., LTD., CHANGZHOU TRINA SOLAR YABANG ENERGY CO., LTD., TURPAN TRINA SOLAR ENERGY CO., LTD., TRINA SOLAR (HEFEI) SCIENCE & TECHNOLOGY CO., LTD., AND CHANGZHOU TRINA HEZHONG PHOTOELECTRIC CO., LTD.,<br><br>                Plaintiffs,<br>    v.<br><br>UNITED STATES,<br><br>                Defendant. | **SUMMONS**<br><br>Court No. 22-00220 |

TO:     The Attorney General and the Department of Commerce

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Mario Toscano
Clerk of the Court

---

1.  (Name and standing of plaintiff):  Plaintiffs, Trina Solar Co., Ltd., Trina Solar (Changzhou) Science and Technology Co., Ltd., Changzhou Trina Solar Yabang Energy Co., Ltd., Turpan Trina Solar Energy Co., Ltd., Trina Solar (Hefei) Science & Technology Co., Ltd., and Changzhou Trina Hezhong Photoelectric Co., Ltd., are foreign producers and exporters of crystalline silicon photovoltaic cells that were subject to the administrative review that is contested here.  Plaintiffs therefore are interested parties within the meaning of 19 U.S.C. §1677(9)(A).  Plaintiffs actively participated in the administrative review through submission of factual information and/or written argument and, thus, are parties to the proceeding as defined in 19 C.F.R. §351.102(b).  Plaintiffs therefore have standing to bring this action pursuant to 19 U.S.C. § 1516a(d) and 28

U.S.C. § 2631(c) as interested parties who were parties to the proceeding identified below.

2. (Brief description of contested determination):  Plaintiffs contest the final results of the U.S. Department of Commerce's antidumping duty administrative review in Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, from the People's Republic of China for the period December 1, 2019, through November 30, 2020.  The contested determination was published as Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From the People's Republic of China: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2019-2020, 87 Fed. Reg. 38379 (June 28, 2022).

3. (Date of determination):  The contested determination was dated June 28, 2022.

4. (If applicable, date of publication in Federal Register of notice of contested determination):  The contested determination was published in the *Federal Register* on June 28, 2022.  See 87 Fed. Reg. 38379.

                Respectfully submitted by:

                Jonathan M. Freed
                Robert G. Gosselink
                Kenneth N. Hammer

                TRADE PACIFIC PLLC
                700 Pennsylvania Avenue, SE, Suite 500
                Washington, DC  20003
                Tel:  (202) 223-3760
                jfreed@tradepacificlaw.com

/s/ Jonathan M. Freed
Jonathan M. Freed
July 27, 2022

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served:

Supervising Attorney
Civil Litigation Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
United States Department of Justice
26 Federal Plaza
New York, NY  10278

Robert Heilferty, Esq
Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
14th Street & Constitution Avenue, N.W.
Washington, DC 20230

General Counsel
U.S. Department of Commerce
14th Street & Constitution Avenue, N.W.
Washington, DC 20230

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)